UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  MOORE, MATTHEW AARON
JONES, MICHELLE MARIE
MOORE, MICHELLE  Debtor(s)

CASE NO. 09-24576 JPK

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:          March 25, 2011              By: /s/ Stacia L. Yoon
                                            STACIA L. YOON, TRUSTEE #16933-53
                                            Genetos Retson & Yoon LLP
                                            8585 Broadway, Suite 480
                                            Merrillville, IN 46410
                                            Telephone: (219) 755-0401
                                            bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Laura R.  Rochet, lrr@geracilaw.com
Regular Mail:
MOORE, MATTHEW AARON, 1381 CORNING DRIVE, CROWN POINT, IN 46307
JONES, MICHELLE MARIE, 1381 CORNING DRIVE, CROWN POINT, IN 46307
U.S. Bankruptcy Court, 5400 Federal Building, Hammond, IN 46320

Printed:  03/23/11 12:23 PM

# Claims Distribution Small Checks

Page: 1

### Trustee:  Stacia L. Yoon, Chapter 7 Trustee  (340450)

**Case:**  09-24576  -  MOORE, MATTHEW AARON

| Account No. | Check No. | Issued | | | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | | | | | |
| 9200833117736 | 109 | 03/23/11 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $2.26 |
| | 8 | 08/19/10 | 610 | | Michael G. Luongo | 55.00 | 55.00 | 2.26 | 2.26 |
| | | | | | 929 Ridge Rd Suite 2 | | | | |
| | | | | | Munster, IN 46321 | | | | |

(*) Denotes objection to Amount Filed